PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States



**FILED**

Apr 05, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

ALL FUNDS MAINTAINED IN BANK OF
AMERICA ACCOUNT NUMBER 325165814489,
UP TO AND INCLUDING THE SUM OF
$169,748.00,

Defendant.

CASE NO.   2:24-sw-0369 CKD

ORDER RE: REQUEST TO SEAL
DOCUMENTS

**UNDER SEAL**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and the seizure warrant affidavit

underlying the seizure warrant in the above-captioned proceeding shall be filed under seal and shall

not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy

of the seizure warrant will be left at the scene of the seizure.

Dated:   April 5, 2024

HON. CAROLYN K. DELANEY
United States Magistrate Judge

1

Order Re: Request to Seal
Documents