AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# United States District Court

**EASTERN** District of **CALIFORNIA**

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

All funds maintained in Bank of America account number 325165814489, up to and including the sum of $169,748.00.

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

CASE NUMBER:

2:24-sw-0369 CKD



**FILED**

Apr 30, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of CALIFORNIA be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**All funds maintained in Bank of America account number 325165814489, up to and including the sum of $169,748.00.**

The property is subject to seizure pursuant to 21 U.S.C. § 881(b) incorporating 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property within 14 days in the daytime 6:00 a.m. to 10:00 p.m. You must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to CAROLYN K. DELANEY or Any U.S. Magistrate in the Eastern District of California.

April 5, 2024 at 4:35 pm
_____
Date and Time Issued

Sacramento, California
_____
City and State

_____
*Judge's signature*

Carolyn K. Delaney, U.S. Magistrate Judge
_____
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

## RETURN

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:24-sw-0369 CKD | 04/05/2024, 5:50pm | ELECTRONIC SUBMISSION |

Inventory made in the presence of:

Inventory of the property taken:

CHECK No. 1040158579 IN THE AMOUNT OF $169,748.00 RECEIVED FROM BANK OF AMERICA ON 04/26/2024.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 30, 2024

/s/ Anthony R. Ward

*Executing officer's signature*

ANTHONY R. WARD, SPECIAL AGENT

*Printed name and title*

Subscribed, sworn to telephonically, and returned before me this date.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

April 30, 2024

Date