ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

**FILED**

**Aug 04, 2026**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: | CASE NO. 2:24-SW-0369-CKD |
| ALL FUNDS MAINTAINED IN BANK OF AMERICA ACCOUNT NUMBER 325165814489, UP TO AND INCLUDING THE SUM OF $169,748.00, | REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |
| Defendant. | |

The seizure warrant affidavit in the above-captioned proceeding was executed on April 5, 2024. The companion civil case, <u>United States v. Joan Rubinger</u>, No. 2:25-cv-00091-DAD, concluded in March 2026, eliminating any continuing need for the seizure warrant and seizure warrant affidavit to remain under seal.  Accordingly, the United States respectfully requests that the Court order the seizure warrant and seizure warrant affidavit unsealed.

DATED:  8/4/2026

ERIC GRANT
United States Attorney

By:    /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

1