ERIC GRANT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**
**Aug 04, 2026**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF:

ALL FUNDS MAINTAINED IN BANK OF AMERICA ACCOUNT NUMBER 325165814489, UP TO AND INCLUDING THE SUM OF $169,748.00,

Defendant.

CASE NO. 2:24-SW-0369-CKD

ORDER RE: REQUEST TO UNSEAL DOCUMENTS

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the seizure warrant and seizure warrant affidavit in the above captioned proceedings be and are hereby unsealed.

Date: August 4, 2026

SEAN C. RIORDAN
United States Magistrate Judge